**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROMUALDO BELLO CELSO** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 26-4007** |
| | : |
| **J.L. JAMISON, JOHN RIFE, TODD** | : |
| **LYONS, U.S. IMMIGRATION AND** | : |
| **CUSTOM ENFORCEMENT,** | : |
| **MARKWAYNE MULLIN, TODD** | : |
| **BLANCHE, THE DEPARTMENT OF** | : |
| **HOMELAND SECURITY** | : |

## ORDER

**AND NOW**, this 17th day of June 2026, upon considering Petitioner's Notice of voluntary dismissal (ECF 5), it is **ORDERED**:

1.    This action is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2.    The Clerk of Court shall **close** this case.

KEARNEY, J.